*United States District Court for the Northern District of Illinois*

Case Number:                      Assigned/Issued By:

Judge Name:                         Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $400.00      ☐ $46.00      ☐ $5.00

☐ IFP      ☐ No Fee      ☐ Other _____

☐ $505.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons      ☐ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____

☐ Citation to Discover Assets

                        (Victim, Against and $ Amount)

☐ Writ _____
      (Type of Writ)

____ Original and ____ copies on ____ as to ____
                         (Date)

---