FILED
JUN 15 2015 AEE
THOMAS G. BRUTON
CLERK, U S DISTRICT COURT



12cv2302

EXHIBIT A

## ANSWER OF THIRD PARTY RESPONDENT CITATION

Citation/Respondent: Bank of America.
Due Date: June 26, 2015.
Defendant's Name: Integrated Freight Corporation.
Case No. 12-2302, N.D. Ill. Judgment Balance: $804,271.35
**This is a Citation: Freeze up to double the Judgment Balance**

### INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? If the answer is "yes" go to the next question. If "no", go to the instructions.

2. Is any of the money in an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? If the answer is "yes" go to the next question. If "no", go to the instructions.

3. Is/Are the account(s)' current balance(s) equal to or less than the total of the exempt deposits? If you answered "yes" to all three (3) questions and funds in the account(s) are exempt, do not freeze the funds. Go to the "instructions" below.

4.  
| | Account Balance | Amount Withheld |
|---|---|---|
| A. Savings Account | $ | $ |
| B. Check/MMA/Now Account | $ 10,928.48 | $ 10,828.48* |
| C. Certificate of Deposit | $ | $ |
| D. Trust Account/Other (Describe) | $ | $ *After any applicable exemption and fee |

E. Safety Deposit ___Yes _X_ No
F. Land Trust No. _____
G. Less Right of Offset for Loans: $ _____

Total Amount Frozen: $ 10,828.48
(Attach additional sheets as needed.)

5. List all electronic deposits into account(s) and their source(s) except deposits:

| Account No. | Source | Monthly Amount |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

(Attach additional sheets as needed.)

6. List all joint account holders or adverse claimants:
   Name _____
   Address _____
   Account Information: Type: __Checking __CD Savings
   Account Number: _____

   Name _____
   Address _____
   Account Information: Type: __Checking __CD Savings
   Account Number: _____

   Name _____
   Address _____
   Account Information: Type: __Checking __CD Savings
   Account Number: _____

(Attach additional sheets as needed.)

INSTRUCTIONS (1.) Fill out and sign the certification below. (2.) This Answer must be filed at least three (3) days before the due date to assure timely processing. (3.) Fax or mail a copy of this Answer to (i) the Court, (ii) Plaintiff's attorney and (iii) Judgment Debtor. You may mail to the Clerk of the Court, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 (4.) You will receive a copy of a Court Order by fax or mail instructing you how to proceed and where to send any withheld funds.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Print name: _____Tyra Smalls_____

Signature: _____[signature]_____
Citation Respondent/Agent of Citation Respondent

Executed on: __06/05/15__