UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHAPMAN ASSOCIATES GENERAL BUSINESS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 12-2302 |
| INTEGRATED FREIGHT CORPORATION, | ) ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S MOTION FOR TURNOVER ORDER AGAINST THIRD PARTY**

Judgment creditor Chapman Associates General Business, Inc. hereby requests that this Court enter an Order directing Bank of America to turn over the funds held in the bank account held in the name of judgment debtor Integrated Freight Corporation ("IFCR") and that have been frozen pursuant to a Third Party Citation to Discover Assets directed to Bank of America. In support of its motion, Chapman states as follows:

1. On June 12, 2012, Chapman obtained a judgment against Integrated Freight Corporation in the amount of $835,907.91.

2. Thereafter, Chapman initiated supplementary proceedings by issuing citations to discover assets, including a citation to Bank of America, attached as Exhibit A.

3.      On June 5, 2015, Bank of America answered the citation, indicating that that it was holding $10,828.48 in a bank account belonging to IFCR. A copy of Bank of America's answer is attached as Exhibit B.

4.      Pursuant to 735 ILCS 5/2-1402(c), Chapman is entitled to entry of an order entering judgment in favor of Chapman Associates General Business, Inc. and Against Bank of America for $10,828.48, and directing Bank of America to turn over $10,828.48 in partial satisfaction of the judgment against IFCR.

**WHEREFORE**, Chapman Associates General Business, Inc., respectfully requests that this Court enter a judgment against Bank of America and for the benefit of Chapman Associates General Business, Inc. in the amount of $10,828.48 and directing Bank of America to turn over that amount to counsel for Chapman.

Dated: June 19, 2015                    Chapman Associates General Business, Inc.


                                        By:/s/ Wesley E. Johnson
                                             One of its attorneys

Wesley E. Johnson (6225257)
Goodman Tovrov Hardy & Johnson LLC
105 West Madison Street, Suite 1500
Chicago, IL 60602
(312) 752-4828
Fax: (312) 264-2535
wjohnson@goodtov.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 19, 2015, I will serve a copy of the attached **Plaintiff's Motion for Turnover**, on all parties in the manner indicated below.

TO:   Via Personal Delivery                Via US Mail
      Bank of America                      Integrated Freight Corporation
      105 W. Madison, Ste. 101             c/o Henry P. Hoffman
      Chicago, IL 60602                    8374 Market Street, #478
                                           Bradenton, FL 34202

By:/s/ Wesley E. Johnson